[No. 7,982.   Department Two.—November 24, 1884.]

## JOHN BOYLE, RESPONDENT, v. C. M. HITCHCOCK, APPELLANT.

STREET ASSESSMENT—APPEAL TO SUPERVISORS—WAIVER OF OBJECTION.—An objection to a street assessment in San Francisco, that it included an amount, as incidental expenses, for engineering and printing, is waived by a failure to appeal to the board of supervisors.

| 66 | 129 |
| 80 | 12 |

| 66 | 129 |
| 87 | 579 |

| 66 | 129 |
| 89 | 310 |
| 66 | 129 |
| 93 | 188 |

| 66 | 129 |
| 96 | 193 |

| 66 | 129 |
| 97 | 312 |

APPEAL from a judgment of the Superior Court of the city and county of San Francisco, and from an order refusing a new trial.

Action on an assessment for street improvements in San Francisco, made by order of the supervisors.   The superintendent of streets included in the assessment, as incidental expenses, an amount for engineering and printing.   No appeal was taken to the board of supervisors.   The other facts sufficiently appear in the opinion of the court.

*Wright & Wright*, for Appellant.

*J. M. Wood*, for Respondent.

The COURT.—We are of opinion that the objection to the assessment.in this case, that it included an amount, as incidental expenses, for engineering and printing, was waived by a failure to appeal to the board of supervisors.   (§ 12 of the act of 1872; Stats. 1871–2, p. 815.)

We are also of the opinion that the resolution of intention sufficiently described the work which the board of supervisors desired to have done.

Judgment and order denying a new trial affirmed.